MR. JUSTICE CASTLES
(dissenting) :
I dissent. The majority opinion admits that a conflict in the evidence occurred. The jury resolved those conflicts in favor of defendant. The evidence proved that Kipp simply ran into the rear end of Willoughby’s car. Willoughby’s car was in the street heading in the same direction as Kipp. The car stopped and it was in forward gear. Phyllis Baxter, the passenger on the motorbike, testified that when she first saw the car it was in the street, pointed in the same direction the motorbike was going. While on direct examination, she said the car was backing out of the Chapman driveway and sideswiped the motorbike, on cross-examination she admitted she did not see the car except in the street pointing in the same direction the motorbike was going.
There is some slight conflict in the evidence on the above facts, but the jury resolved those.
I agree with the majority that * * in light of the evidence presented, that it was a matter for jury determination whether the facts indicated that Jewell Kipp in operation of the motorbike contributed as a proximate cause to her injury in the collision between her motorbike and the vehicle of Willoughby. ’ ’
This the jury did, and I would affirm.